HELLER-RICKARDS, INCORPORATED, RESPONDENT, v. SOLOMON BERLA ET AL., APPELLANTS.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 4 *N. J. Mis. R.* 284.

For the appellants, *Philip J. Schotland.*

For the respondent, *Harry Silverstein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the court below.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 12.

*For reversal*—None.